UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SMS DEMAG AKTIENGESELLSCHAFT, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| MATERIAL SCIENCES CORPORATION, ) ) ) ) | |
| Defendant. ) | |
| ------------------------------------------------------ ) | Case No. 2:06-cv-02065-MPM-DGB |
| TERRONICS DEVELOPMENT CORP., ) ) | |
| Intervenor-Plaintiff/ Counter-Defendant, ) ) ) | |
| v. ) ) | |
| MATERIAL SCIENCES CORPORATION, ) ) ) ) | |
| Intervenor-Defendant/ Counter-Plaintiff. ) ) | |

**CONSENT MOTION OF TERRONICS
DEVELOPMENT CORPORATION TO WITHDRAW REQUEST FOR
PRELIMINARY INJUNCTION**

AND NOW comes Terronics Development Corporation (hereinafter "Terronics"), by and through Counsel, below-signed, to have filed and served this Motion to Withdraw the Terronics Request for Preliminary Injunction, previously made by motion of Terronics under Fed. R. Civ. P. 65(a).

The withdrawal has the consent of Material Sciences Corporation ("MSC"), as set forth below:

1. The lawsuit involves the ownership rights to metal coating technology described as "Powder Cloud" technology ("Technology"). The case was commenced by SMS Demag AG and, subsequent thereto, Terronics intervened in the dispute.

2. In it's motion to this court which requested a preliminary injunction, filed October 17, 2006 (Document 54), Terronics' was seeking the re-assignment of the Technology to Terronics.

3. Terronics had intended to pursue commercialization of the Technology but that opportunity has become moot with the passage of time.

4. Terronics continues to seek the order of reassignment of Technology from this Court, but that order may be obtained judiciously at the trial of this matter, now set for November 2007.

5. Counsel for MSC has indicated that they have no objection to Terronics' motion to withdraw its request for a preliminary injunction, but MSC does not agree with the reasons stated by Terronics for this withdrawal or any other facts which may be inferred from the motion.

WHEREAS, the Intervenor Plaintiff Terronics respectfully requests that the Court allow the Motion of Terronics to be withdrawn and vacate from the Court's calendar the pending request of Terronics dated October 17, 2006, accordingly.

Respectfully submitted,

s/Kenneth P. McKay
Kenneth P. McKay, PE, Esq. (Lead Counsel)
MCKAY & ASSOCIATES, PC
801 McNeilly Road
Pittsburgh, PA  15226
Telephone:    (412) 344-6113
Facsimile:      (412) 344-6114
Email:  ken@mckaylaw.com
Counsel for the Intervenor Plaintiff,
Terronics Development Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SMS DEMAG AKTIENGESELLSCHAFT, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| MATERIAL SCIENCES CORPORATION, | ) | |
| Defendant. | ) | Case No. 2:06-cv-02065-MPM-DGB |
| TERRONICS DEVELOPMENT CORP., | ) | |
| Intervenor-Plaintiff/ Counter-Defendant, | ) | |
| v. | ) | |
| MATERIAL SCIENCES CORPORATION, | ) | |
| Intervenor-Defendant/ Counter-Plaintiff. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I electronically filed the **CONSENT MOTION OF INTERVENOR TERRONICS DEVELOPMENT CORPORATION TO WITHDRAW THE MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Edward P. Gibbons
Christopher Wadley
Walker Wilcox Matousek LLP
Attorney for Material Sciences Corporation
225 W. Washington St., 24th Fl.
Chicago, IL  60606
Telephone:  (312) 244-6700
Facsimile:  (312) 244-6800
Email:  egibbons@wwmlawyers.com

Respectfully submitted,

s/Kenneth P. McKay
Kenneth P. McKay, PE, Esq.
MCKAY & ASSOCIATES, PC
801 McNeilly Road
Pittsburgh, PA  15226
Telephone:     (412) 344-6113
Facsimile:      (412) 344-6114
Email:  ken@mckaylaw.com
Counsel for the Intervenor Plaintiff,
Terronics Development Corporation