# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SMS DEMAG AKTIENGESELLSCHAFT,**

vs.                                                                Case Number:   **06-2065**

**MATERIAL SCIENCES CORPORATION.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of MSC and against SMS Demag on its Complaint (#1) .

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of MSC and against Terronics on its Second Amended Complaint (#54).

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of MSC and against Terronics on MSC's Amended Counterclaim (#62) in the total amount of $192,523.95.  This case is terminated.

ENTER this 15th day of May, 2008.

sPamela E. Robinson, Clerk
_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK